**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| GRETCHEN V. VEIRA, | ) No. 19-00248-SMT |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER CONFIRMING THAT**
**THE EXCEPTION TO THE AUTOMATIC STAY PER 11 U.S.C. § 362(B)(22)**
**DOES NOT APPLY AND THE AUTOMATIC STAY IS IN EFFECT**

Upon consideration of the Motion for an Order Confirming that the Exception to the

Automatic Stay Per 11 U.S.C. § 362(b)(22) Does Not Apply and the Automatic Stay is in Effect

(the "Motion") filed by Debtor Gretchen V. Veira ("Debtor" or "Ms. Veira"); and the Court having

determined that adequate notice of the Motion was given; and that sufficient legal and factual bases

exist for the relief requested in the Motion; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is granted.

2.      Neither the exception to the automatic stay pursuant to 11 U.S.C. § 362(b)(22) nor

the requirement for payment of pre-petition rent pursuant to 11 U.S.C. § 362(l) applies in this case.

3.      Until further order of this Court, the D.C. Housing Authority shall be stayed from

pursuing any eviction proceedings against the Debtor during the pendency of this case.


PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax:  (202) 689-2860

By:     /s/ David M. Barnes, Jr.
        H. Jason Gold, DC Bar No. 490595
        David M. Barnes, Jr., DC Bar No. 1600347

*Counsel to the Debtor*

Copies to:

District of Columbia Housing Authority
1133 North Capitol Street, NE
Washington, DC 20002

Lisa J. Dessel
Musolino & Dessel PLLC
1615 L Street, NW, Suite 440
Washington, DC 20036
*Counsel to District of Columbia Housing Authority*

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

Marc E. Albert
Stinson Leonard Street LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
*Chapter 7 Trustee*

**END OF ORDER**